OPINION — AG — ** AUDIT — STATE EXAMINER AND INSPECTOR — JUSTICE OF THE PEACE ** QUESTION: IS IT THE DUTY, UNDER 19 O.S. 171 [19-171], OF THE STATE EXAMINER AND INSPECTOR TO AUDIT THE BOOKS AND RECORDS OF A JUSTICE OF THE PEACE WHOSE DOCKET SHOW THAT NO CRIMINAL CASES HAS BEEN FILED IN THIS COURT FOR THE PERIOD TO BE AUDITED ? — NEGATIVE (COUNTY OFFICERS, RECORDS, ACCOUNTS, DEATH, RESIGNATION, REMOVAL OF OFFICE) CITE: 19 O.S. 171 [19-171], 74 O.S. 212 [74-212] (FRED HANSEN)